# UNITED STATES DISTRICT COURT
Western District of Washington

JOSE MARTINEZ

Plaintiff

vs.

ANGELA MERRIT, JANET KIM and THE STATE OF WASHINGTON

Defendant(s)

Case Number: 3:25-cv-05351-BHS

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS AND WRITTEN CONSENT FOR PAYMENT OF COSTS

## DECLARATION AND APPLICATION TO PROCEED IN FORMA PAUPERIS

I (print your name) José Martínez declare I am the plaintiff in this case; I believe I am entitled to relief; and I am unable to pay the costs of this proceeding or give security therefor. The nature of my action is *briefly* stated as follows:

The state of Washington is violating my rights under the Rehabilitation Act. The Division of Vocational Rehabilitation and the Office of Administrative Hearings are not in compliance with the Rehabilitation Act.

In support of this application, I answer *all* of the following questions:

1. Are you presently employed?

   ☐ Yes Total amount of net monthly salary (take home pay) $ _____

        Name and address of employer _____

   ☑ No Date of last employment _____ Total amount of last net monthly salary $ _____

FILED _____ LODGED
_X_ RECEIVED

Apr 25 2025

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

2. If married, is your spouse presently employed? ☑ Not married

   ☐ Yes Total amount of spouse's net monthly salary (take home pay) $ _____

        Name and address of employer _____

   ☐ No Date of spouse's last employment _____ Total amount of last net monthly salary $ _____

3. For the past twelve months, list the amount of money you and/or your spouse have received from any of the following sources.

   a. Business, profession or other self-employment    $ 0

   b. Income from rent, interest or dividends    $ 0

   c. Pensions, annuities or life insurance payments    $ 0

   d. Disability, unemployment, workers compensation or public assistance    $ 1000/month

   e. Gifts or inheritances    $ 0

   f. Money received from child support or alimony    $ 0

   g. Describe any other source of income    $ _____

4. List the amount for each of the following for you and/or your spouse:

Cash on hand $ 25_____          Checking Account $_____          Savings Account $ _____

5.  Do you and/or your spouse own or have any interest in any real estate, stocks, bonds, notes, retirement plans, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? If Yes, describe the property and state its approximate value:

☑ Yes

☐ No

| 2006 Toyota car | $ | 900 |

6.  Are any persons dependent upon you or your spouse for support? If Yes, state their relationship to you or your spouse, and indicate how much is contributed toward their support each month. (Do not include names of minor children. )

☐ Yes

☑ No

| | $ | |

7.  Describe the types of monthly expenses you incur, such as housing, transportation, utilities, loan payments, or other regular monthly expenses and the amount spent each month.

| Housing: $650/month<br>transportation $300/month<br>utilities $200/month<br>medical/dental $800/month ⊞ | $ | $2000 |

8.  Provide any other information that will help explain why you cannot pay court fees and costs.

My only source of income is Social Security Disability

I declare under penalty of perjury that the foregoing is true and correct.

April 22, 2025 _____    *[signature]*

**Executed on: (Date)**        **Signature of Plaintiff (Required)**

## WRITTEN CONSENT FOR PAYMENT OF COSTS UNDER LOCAL RULE CR3(c)

I, (print your name) José Martínez _____

hereby consent that any recovery in damages that I may receive in the above-captioned cause may be reduced, if so directed by the court, in such an amount as is necessary for payment of the unpaid fees and costs which are taxed against me in the course of this litigation.

April 22 2025 _____    *[signature]*

**Executed on: (Date)**        **Signature of Plaintiff (Required)**